UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SEAN O'CONNOR,
a/k/a SEAN O'CONNER,

      Plaintiff,

v.                                     Case No.  5:24-cv-273-MCR-MJF

TOMMY FORD, et al.

      Defendants.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated June 24, 2025. ECF No. 20. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all timely objections, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference into this Order.

2.      Plaintiff's claims against Defendant Judge Stevenson are **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2), based on judicial immunity.

3.      Plaintiff's claims against Defendants Bay County and Sheriff Tommy Ford challenging the constitutionality of Plaintiff's child-support enforcement and contempt proceedings are **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), because Plaintiff's allegations fail to state a claim on which relief can be granted.

4.      Plaintiff's claims against Defendants Bay County and Sheriff Tommy Ford challenging the constitutionality of Plaintiff's forced labor and strip searches in 2018 and 2019 are **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), because these claims are barred by the statute of limitations and thus fail to state a claim on which relief can be granted.

5.      This case is returned to the assigned Magistrate Judge for further proceedings on Plaintiff's involuntary servitude and forced labor claims against Defendants Bay County, Sheriff Tommy Ford, and "Bay County Food Vendor" arising from Plaintiff being forced to work without compensation in the Jail's food service department in 2021 and 2022.

**DONE AND ORDERED** this 15th day of December 2025.


_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**